**PEOPLE, Respondent, v. ANZELOTTI, Appellant.** (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding

by the People of the State of New York against Joseph Anzelotti.

PER CURIAM. The parties hereto having stipulated in open court that a justice may be substituted in place of BURR, J., deceased, Mr. Justice PUTNAM was so substituted. Judgment of conviction of the County Court of Kings County affirmed. See, also, 151 N. Y. Supp. 1135.

PEOPLE, Respondent, v. BERTLINI, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against William Bertlini. No opinion. Motion denied.